Nancy Lee EATON, Petitioner,

v.

Beth A. DRASZKIEWICZ, Respondent.

Supreme Court of Pennsylvania.

Jan. 7, 1999.

### ORDER

PER CURIAM:

AND NOW, this 7th day of January 1999, the Petition for Allowance of Appeal is GRANTED and this matter is REMANDED to the trial court for further consideration in light of this Court's decision in *Washington v. Baxter*, 553 Pa. 434, 719 A.2d 733 (1998).